UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In Re:   SupplementWarehouse.com Inc.,                    Case No. 15-20569-SVK
                                                                      (Chapter 11)
                    Debtor.

---

**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

---

Pursuant to 11 U.S.C. § 1102(a)(1), the following creditors of the above-named Debtor being among those holding the largest unsecured claims and who are willing to serve, are appointed to the committee of unsecured creditors:

| | |
|---|---|
| DOUG McCONNAHA (Acting Chairperson) | WALTER LAZARCHECK |
| President | Vice President and Chief Financial Officer |
| Park Avenue Fitness Distributing LLC | Eurpac Service, Inc., dba Muscle Foods USA |
| 2351 155th Street | 101 Merritt 7 Corporate Park |
| Muscatine, IA 52761 | Norwalk, CT 06851 |
| Phone: (800) 626-5298; Fax: (563) 264-1253 | Phone: (203) 642-1017; Fax: (203) 840-8978 |
| Email: paf@speedconnect.com | Email: wlazarcheck@eurpacnwlk.com |

MARK WIKLUND
Senior Credit Manager
International Paper Company
4049 Willow Lake Blvd.
Memphis, TN  38118
Phone: (901) 419-1299
Email: mark.wiklund@ipaper.com

Dated:  March 24, 2015.

PATRICK S. LAYNG
United States Trustee

_____
DAVID W. ASBACH
Assistant United States Trustee

David W. Asbach
Assistant United States Trustee
Office of the United States Trustee
517 East Wisconsin Avenue, Suite 430
Milwaukee, WI 53202
(414) 297-4499 / Fax (414) 297-4478

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re: SupplementWarehouse.com Inc.,     Case No. 15-20569-SVK

                         (Chapter 11)

               Debtor.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2015, I electronically filed the **NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS** with the Clerk of the Bankruptcy Court using the ECF system which will send notification of such filings to the following parties:

Attorney Forrest Lammiman

and further, that I e-mailed such document to the following parties:

DOUG McCONNAHA (Acting Chairperson)  
Email: paf@speedconnect.com

WALTER LAZARCHECK  
Email: wlazarcheck@eurpacnwlk.com

MARK WIKLUND  
Email: mark.wiklund@ipaper.com

and further, that I mailed such document, via first-class U.S. mail, to the following party:

SupplementWarehouse  
2440 Corporate Preserve Drive, Suite 100  
Oak Creek , WI 53154

_____  
MARY JO MALONE  
Paralegal Specialist  
Office of the United States Trustee